SYSTEMS DIVISION, INC., Plaintiff–
Cross Appellant,

v.

TEKNEK ELECTRONICS, LTD, and
Teknek LLC, Defendants–
Appellants.

No. 05–1081, 05–1094.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2006.

Rehearing En Banc Denied
March 16, 2006.

Before MICHEL, Chief Judge, MAYER
and BRYSON, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.